**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **LOWANDA GLEASON** | * |
| | * |
| Plaintiff, | * |
| | *   **Civil No. PJM 09-1148** |
| v. | * |
| | * |
| **FINANCIAL CREDIT SERVICES, INC.** | * |
| | * |
| **Defendant.** | * |

## RULE 111 ORDER

The parties have advised the Court that the above action is settling, including all counterclaims, cross-claims, third-party claims, and attorneys' fees, if any. Accordingly, pursuant to Local Rule 111, it is, this 27th day of October, 2009

ORDERED, that this action is hereby DISMISSED, and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within ninety (90) days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

                                         /s/
                             **PETER J. MESSITTE**
                        **UNITED STATES DISTRICT JUDGE**